# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MATHEW CATE, et al.,<br><br>    Defendants.<br>_____ / | CASE NO.   1:10-cv-803-AWI-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR THE COURT TO RESCIND ORDER<br><br>(ECF No. 11)<br><br>AND VACATING ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 9) |

Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 17, 2010, the Court received a $350.00 check from Plaintiff as payment for his filing fee.  Then, on August 20, 2010, for reasons unknown to the Court, Plaintiff filed a motion to proceed in forma pauperis.  (ECF No. 8.)  Not recognizing that Plaintiff had already paid his filing fee, the Court granted Plaintiff's motion and directed the California Department of Corrections to make withdrawals from Plaintiff's prison account.  (ECF No. 9.)

Plaintiff now moves the Court to rescind its order granting Plaintiff's application to proceed in forma pauperis based on the Court's prior receipt of the $350.00 filing fee. Because it appears that such order was entered in error and is unnecessary, Plaintiff's Motion is GRANTED and the Court hereby VACATES its order granting Plaintiff's IFP status and directing the Department of Corrections to make withdrawals from Plaintiff's account.

1 | The Clerk's Office is directed to serve a copy of this Order on the appropriate entity within the California Department of Corrections.

IT IS SO ORDERED.

Dated:   September 10, 2010          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE