# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>MATHEW CATE , et al.,<br><br>            Defendants.<br>_____/ | CASE NO.   1:10-cv-803-AWI-MJS (PC)<br><br>ORDER DENYING MOTION FOR SCREENING<br><br>(ECF No. 13) |

Plaintiff Garrison S. Johnson("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion Requesting a Screening of His Complaint. (ECF No. 13.) Plaintiff alleges that he filed this action one year ago and has heard nothing from the Court.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2). The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named Defendants.

///

The Court is aware of Plaintiff's action and his Compliant is in line for screening. However, the Court has a large number of prisoner civil rights cases pending before it and will screen Plaintiff's complaint in due course. Until such time as the Court has screened Plaintiff's Complaint, no further action is required.

Accordingly, Plaintiff's Motion Requesting a Screening of His Complaint (ECF No. 13) is DENIED.

IT IS SO ORDERED.

Dated: November 9, 2011        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE