# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | 1:10-cv-0803-AWI-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER |
| v. | |
| MATHEW CATE, et al., | |
| Defendants. | (ECF No. 18) |

_____/

Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2012, the Magistrate Judge filed a Findings and Recommendations recommending that Plaintiff's motion for a temporary restraining order be denied.  (ECF No. 18.) On June 12, 2012, Plaintiff failed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 9, 2012, are adopted in full; and
2. Plaintiff's Motion for a Temporary Restraining Order (ECF No. 15) is DENIED.

IT IS SO ORDERED.

Dated:   August 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE