1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

        Plaintiff,

   v.

MATHEW CATE, et al.,

        Defendants.

_____/

CASE NO. 1:10-cv-00803-AWI-MJS (PC)

ORDER INSTRUCTING PLAINTIFF ON SERVICE OF PROCESS AND REQUIRING PLAINTIFF TO SERVE DEFENDANT WITHIN ONE-HUNDRED TWENTY DAYS

(ECF No. 20)

Plaintiff Garrison S. Johnson is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 25, 2012, the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A and found that it stated cognizable claims against Warden K. Harrington for the violation of Plaintiff's Eighth Amendment rights and negligence under state law. Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007). The Screening Order (ECF No. 20) found that Plaintiff stated no other cognizable claims. On August 21, 2012, the Court's order (ECF No. 20) was adopted. (ECF No. 23.)

     Plaintiff paid the filing fee in full for initiating this action. Because Plaintiff is not proceeding in forma pauperis, it is Plaintiff's responsibility to effect service of the summons and First Amended Complaint on Defendant Harrington. The Clerk of the Court will be directed to issue one summonses to Plaintiff for purposes of service of process. See Fed.

1

1  R. Civ. P. 4.

2       Plaintiff shall complete service of process in accordance with Federal Rule of Civil

3  Procedure 4 within one-hundred twenty (120) days from the date of service of this order.

4  Plaintiff shall serve a copy of this order on the Defendant together with a summons and a

5  copy of the First Amended Complaint.  The following two sections contain instructions on

6  how to serve Defendants.

7       **A.**   **Waiver of Service**

8       Pursuant to Rule 4(d)(1), Plaintiff may, but is not required to, notify Defendant

9  Harrington of the commencement of this action and request that he waive service of the

10  summons.  Fed. R. Civ. P. 4(d)(1).  If Plaintiff wishes to do this, he must mail the

11  Defendant (1) the form entitled "Notice of Lawsuit and Request for Waiver of Service for

12  Summons," (2) the form entitled "Waiver of Service of Summons," and (3) a copy of the

13  First Amended Complaint.  The documents must be addressed directly to the Defendant

14  (not the Attorney General's Office) and must be dispatched (mailed) through first-class

15  mail.  The Waiver of Service of Summons form must set forth the date on which the

16  request is sent and must allow the Defendant at least thirty (30) days in which to return the

17  waiver to Plaintiff.  If Defendant signs and returns the waiver forms to Plaintiff, Plaintiff

18  must then file the forms with the Court.  After filing the forms with the Court, Plaintiff need

19  not take any further steps to serve Defendant.  Fed. R. Civ. P. 4(d)(4).

20       **B.**   **Personal Service**

21       If either (1) Plaintiff does not wish to request Defendant to waive service or (2) the

22  Defendant fails to return the Waiver of Service of Summons form to Plaintiff, Plaintiff must

23  have personal service effected on Defendant.  The Defendant must be personally served

24  with a summons and a copy of the First Amended Complaint, along with a copy of this

25  order.  Plaintiff may not effect personal service himself.  Fed. R. Civ. P. 4(c).  Service may

26  be effected by any person who is not a party to this action and who is at least eighteen

27  years old.  Id.  The Court will provide Plaintiff with a copy of Rule 4 along with this order.

28  Plaintiff should review Rule 4(e), which addresses how personal service may be effected.

**C.**   **Conclusion**

In accordance with the above, IT IS HEREBY ORDERED that:

1.      The Clerk of the Court is directed to issue and send Plaintiff one (1) summonses;

2.      The Clerk is further directed to send Plaintiff:

      a)      One (1) copy of the form entitled "Notice of Lawsuit and Request for Waiver of Service of Summons;"

      b)      One (1) copy of the form entitled "Waiver of Service;"

      c)      One (1) copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions; and

      d)      One (1) copy of Rule 4 of the Federal Rules of Civil Procedure;

3.      Plaintiff shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on Defendant at the time of service of the summons and First Amended Complaint;

4.      Plaintiff shall complete service of process on Defendant Harrington within **one-hundred twenty (120) days** from the date of service of this order; and

5.      Plaintiff's failure to timely complete service of the First Amended Complaint on Defendant Harrington may result in dismissal of this action against him. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated:   August 25, 2012 _____   /s/ *Michael J. Seng*   _____
UNITED STATES MAGISTRATE JUDGE