IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MATHEW CATE, et al,<br><br>　　　　Defendants.<br>_____/ | 1:10-cv-0803-AWI-MJS (PC)<br><br>ORDER DISREGARDING<br>MOTION TO PROCEED<br>IN FORMA PAUPERIS<br>AS MOOT<br><br>(ECF No. 33) |

　　　Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

　　　On March 25, 2013, Plaintiff filed an application to proceed in forma pauperis. Due to the fact that the Plaintiff previously paid in the present case on June 17, 2010, IT IS HEREBY ORDERED THAT Plaintiff's application to proceed in forma pauperis, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:　April 12, 2013　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE