UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. HARRINGTON,<br><br>　　　　Defendant. | 1:10-cv-00803-AWI-MJS (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 43) |

　　Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

　　On November 8, 2013, Plaintiff filed an application to proceed in forma pauperis. Due to the fact that Plaintiff previously paid the filing fee in the present case on June 17, 2010, IT IS HEREBY ORDERED THAT Plaintiff's application to proceed in forma pauperis, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

　　Dated:   November 19, 2013　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1