1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

12  GARRISON S. JOHNSON,                    Case No.  1:10-cv-0803-AWI-MJS (PC)

13          Plaintiff,                      ORDER GRANTING DEFENDANTS'
                                            REQUEST FOR LEAVE TO DEPOSE
14      v.                                  PLAINTIFF BY VIDEOCONFERENCE

15  MATHEW CATE, et al.,                    ECF No. 53

16          Defendants.

17

18      Plaintiff Garrison S. Johnson, a state prisoner proceeding pro se, filed this civil

19  rights action pursuant to 42 U.S.C. § 1983 on May 10, 2010, and a scheduling order

20  was issued on November 1, 2013.  The action is currently in the discovery phase, and

21  on March 26, 2014, Defendant filed a motion seeking leave to depose Plaintiff by

22  videoconference.  Fed. R. Civ. P. 30(b)(4).

23      Good cause having been shown, Defendant's motion is HEREBY GRANTED.

24
25  IT IS SO ORDERED.

26  Dated:   April 9, 2014         /s/ *Michael J. Seng*

27                                 UNITED STATES MAGISTRATE JUDGE

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28