IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GARRISON S. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>Defendant. | Case No. 1:10-cv-00803-AWI-MJS (PC)<br><br>**ORDER GRANTING THE PARTIES' REQUEST TO EXTEND THE DEADLINE TO FILE RESPONSE TO INTERROGATORIES, RESPONSE TO REQUEST FOR DOCUMENTS, AND MOTIONS TO COMPEL**<br><br>**(ECF No. 82)** |
|---|---|

Plaintiff Garrison Johnson and Defendant K. Harrington have stipulated to extend the time for Defendant Harrington to serve responses to Interrogatories, Set Two and Request for Document Production, Set Three, by fourteen (14) days. The parties also have stipulated to extend the deadline for filing any motions to compel to February 27, 2015.

Accordingly, the discovery responses previously due on February 3, 2015, are now due on February 17, 2015. The deadline for filing any motions to compel is February 27, 2015.

IT IS SO ORDERED.

Dated:   February 4, 2015                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28